UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON GARCIA-RAMIREZ, | No. 2:24-cv-00434-JAM-SCR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COUNTY OF SUTTER, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). ECF No. 14. This case was filed more than a year-and-a-half ago. There is no return/proof of service on file. Nor has any Defendant appeared. Accordingly, Plaintiff shall show cause why the action should not be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

**I. Time Limit for Service**

Plaintiff filed this action on February 7, 2024. ECF No. 1. Summons issued on February 8, 2024. ECF No. 2. On November 14, 2024, this Court issued an Order directing that a District Judge be assigned, and observed that more than 200 days had passed since the filing of the action and "it appears defendants have not been served, as plaintiff has not filed proof of service." ECF No. 5. Federal Rule of Civil Procedure 4(m) provides in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice

to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." More than 90 days have passed since the filing of the complaint and Plaintiff has not filed returns/proof of service.

Accordingly**, IT IS HEREBY ORDERED** that:

1. Plaintiff shall show cause, in writing, **within 14 days** of the date of this Order, why this action should not be dismissed based on failure to effect service.
2. Plaintiff shall respond by filing either: 1) a brief, not to exceed 5 pages, explaining why he has not completed service and how much time he requests to do so; or 2) returns/proof of service as to all Defendants who have been served.
3. If Plaintiff fails to respond, the court will recommend dismissal of the action.

SO ORDERED.

DATED: August 13, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE