1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAMON GARCIA-RAMIREZ,                    No.  2:24-cv-00434-JAM-SCR (PS)

12              Plaintiff,

13        v.                                   **ORDER**

14    COUNTY OF SUTTER, et al.,

15              Defendants.

16

17         Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge

18   pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

19         On September 3, 2025, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within fourteen days.  ECF No. 16.  Neither

22   party has filed objections to the findings and recommendations.

23         The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26         1.  The findings and recommendations filed September 3, 2025, are **ADOPTED in**

27   **FULL**;

28         2.  This action is **DISMISSED without prejudice** for failure to effect service pursuant to

1

Federal Rule of Civil Procedure 4(m) and for failure to prosecute; and

      3.  The Clerk shall **ENTER** judgment and **CLOSE** this file.

Dated:  September 26, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE